CLIFFORD HAMP, Appellant, *v.* CITY OF NEW YORK et al., Respondents.

Submitted October 3, 1955; decided November 17, 1955.

*Irving A. Thau* for motion.

*Peter Campbell Brown, Corporation Counsel (Seymour B. Quel* and *Fred Iscol* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.